# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Richard Sepulveda <br> *Plaintiff(s)* <br> v. <br> Sayeda Jami, individually and dba Alameda Pizza; <br> Ahmad S. Jami, individually and dba Alameda Pizza; <br> Norman K.M. Yu, Trustee of the Yu W.M. Trust; <br> Tonny Kai Tong Yu, Trustee of the Yu W.M. Trust; <br> and Does 1 to 50 <br> *Defendant(s)* | Civil Action No. 4:19-cv-6744 JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   Sayeda Jami, 1538 Webster Street, Alameda, CA 94501
   Ahmad S. Jami, 1538 Webster Street, Alameda, CA 94501
   Norman K.M.Yu, 200 El Bonito Way, Millbrae, CA 94030
   Tonny Kai Tong Yu, 200 El Bonito Way, Millbrae, CA 94030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Richard A. Mac Bride, 865 Marina Bay Parkway, #43, Richmond, CA 94804. Telephone 415-730-6289

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: October 21, 2019

*Signature of Clerk or Deputy Clerk*