# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|                    ,      | Case No. C                              |
|---------------------------|-----------------------------------------|
| Plaintiff(s)              |                                         |
| v.                        | NOTICE OF SETTLEMENT OF ADA ACCESS CASE |
|                    ,      | (ADA ACCESS CASES)                      |
| Defendant(s)              |                                         |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within ___ days.

Date:

Signed:_____
                Attorney for Plaintiff(s)

Signed:_____
                Attorney for Defendant(s)

Signed:_____
                Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*