1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
   Attorney for Plaintiff Richard Sepulveda
5

6               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
7

8  Richard Sepulveda,                )  Case Number 19-6744 JST
                                      )
9              Plaintiff,             )
                                      )
10 Vs.                                )  STIPULATION OF DISMISSAL WITH
                                      )  PREJUDICE AND (Proposed) ORDER
11 Sayeda Jami, et al.,               )
                                      )
12             Defendants.            )
13                                    )
                                      )
14

15 Plaintiff Richard Sepulveda, and defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and
16 Tonny Kai Tong Yu (together, "Defendant") by and through his/her respective attorneys of record
17 (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants Sayeda Jami, Ahmad S.
18 Jami, Norman K.M. Yu, and Tony Kai Tong Yu is Zachary Best of Corfee Stone Law Corporation
   PC), hereby stipulate as follows:
19
20   1. Plaintiff entered into a written Settlement Agreement and General Release in this matter
21      whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned
22      action with prejudice with regard to all defendants, all parties to bear their own respective
23      attorney fees and costs.
24   2. This written settlement agreement was entered into by plaintiff, and defendants Sayeda
25      Jami, Ahmad S. Jami, Norman K.M. Yu, and Tony Kai Tong Yu.
26   3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties
27      signing this stipulation jointly request that the Court dismiss this action with prejudice with
28      respect to all parties.

STIPULATION AND ORDER OF DISMISSAL – 19-6744 JST

-1-

1  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u>
2  Attorney for Plaintiff Richard Sepulveda                                                    3/12/2020
3  Corfee Stone Law Corporation PC – By: Zachary Best <u>/s/ Zachary Best</u>
4  Attorney for defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and Tony Kai Tong Yu
5                                                                                               3/12/2020

## FILER'S ATTESTATION

Pursuant to Local Rule 5.1, I hereby attest that on March 12, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Zachary Best, in the filing of this document.

<u>/s/ Richard A. Mac Bride</u>
Richard A. Mac Bride

---

STIPULATION AND ORDER OF DISMISSAL – 19-6744 JST

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Jami, et al., Case No. C-19-6744 JST, is dismissed with prejudice with respect to all parties, with each party to bear his/her/its or its own attorney's fees and costs.

Date: _____                    _____

                                             Jon S. Tigar

                                             United States District Judge