```
1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>            Plaintiff,<br><br>Vs.<br><br>Sayeda Jami, et al.,<br><br>            Defendants. | Case Number 19-6744 JST<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Richard Sepulveda, and defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and Tonny Kai Tong Yu (together, "Defendant") by and through his/her respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and Tony Kai Tong Yu is Zachary Best of Corfee Stone Law Corporation PC), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by plaintiff, and defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and Tony Kai Tong Yu.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties.

1  Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u>
2  Attorney for Plaintiff Richard Sepulveda                                                          3/12/2020
3  Corfee Stone Law Corporation PC – By: Zachary Best <u>/s/ Zachary Best</u>
4  Attorney for defendants Sayeda Jami, Ahmad S. Jami, Norman K.M. Yu, and Tony Kai Tong Yu
5                                                                                                                 3/12/2020

## FILER'S ATTESTATION

Pursuant to Local Rule 5.1, I hereby attest that on March 12, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Zachary Best, in the filing of this document.

<u>/s/ Richard A. Mac Bride</u>
Richard A. Mac Bride

STIPULATION AND ORDER OF DISMISSAL – 19-6744 JST

~~[PROPOSED]~~ ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Jami, et al., Case No. C-19-6744 JST, is dismissed with prejudice with respect to all parties, with each party to bear his/her/its or its own attorney's fees and costs.

Date: March 13, 2020

_____
Jon S. Tigar
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 19-6744 JST

-3-